# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 11, 2024

## NO. 03-23-00781-CR

**Charles Wayne Curtis, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 51ST DISTRICT COURT OF TOM GREEN COUNTY**
**BEFORE JUSTICES BAKER, TRIANA AND KELLY**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the judgment of conviction entered by the trial court. Charles Wayne Curtis, Jr. has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Charles Wayne Curtis, Jr. to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.